1  GOLDSMITH & HULL/10401251
   A Professional Corporation
2  Valeria Barinova   (Bar No. 224422)
   16000 Ventura Blvd., Suite 900
3  Encino, CA 91436-2760
   Tel.: (818) 990-6600
4  Fax: (818) 990-6140
   **govdept1@goldsmithcalaw.com**
5

6  Attorneys For Judgment Creditor

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     ) CASE NO. 07-MC-00030
12 |           Plaintiff,          )
13 | v.                            ) ORDER GRANTING PLAINTIFF'S
14 |                               ) APPLICATION PERMITTING
   | THERESA J. HOOPER             ) SERVICE OF PROCESS [PROPOSED]
15 |                               )
16 |           Defendant.          )
17 |_____ )

18
19     IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting
20 Service of Process is Granted, and that any agent of ROTTNER ATTORNEY
21 SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this
22 action, be authorized and appointed to serve the writ issued in this action.
23
24     IT IS SO ORDERED
25
26 Dated:  6/20/07
27                  ALICEMARIE H. STOTLER, CHIEF DISTRICT JUDGE
                    UNITED STATES DISTRICT COURT
28

                                28